# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                         **CASE NO.** 22-CR-10085-JWB

**COREY A. LOGAN,**
      **Defendant.**

# INFORMATION

The United States Attorney charges:

### COUNT 1
### FELON IN POSSESSION OF AMMUNITION
### [18 U.S.C. § 922(g)(1)]

On or about August 17, 2022, in the District of Kansas, the defendant,

**COREY A. LOGAN,**

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, ammunition, to-wit: 9mm ammunition, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

        Respectfully submitted,

        DUSTON J. SLINKARD
        United States Attorney

        s/Matt Treaster
        MATT TREASTER
        Assistant United States Attorney
        District of Kansas
        301 N. Main, Suite 1200
        Wichita, KS  67202
        (316) 269-6481
        Ks.S.Ct.No. 17473
        Matt.Treaster@usdoj.gov

# **PENALTIES**

### **Count 1 (18 U.S.C. § 922(g)(1))**

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.